**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE**

IN RE:
DON ALYN OBERHAUSER, JR. and
RANDI LOUISE AYALA-OBERHAUSER,

CASE NO. 3:22-bk-31573-SHB
Chapter 7

    Debtor(s).

**NOTICE OF APPEARANCE**

Before this court comes Jason L. Rogers, the firm of Hodges, Doughty & Carson, PLLC, and files this Notice of Appearance for and on behalf of Creditor, Knoxville TVA Employees Credit Union, in the above captioned matter, and hereby requests that all notices given or required to be given, and all pleadings served or required to be served, in this case be given to and served upon the undersigned.

    s/ *Jason L. Rogers*
    JASON L. ROGERS (BPR #039136)
    Attorney for Knoxville TVA Employees Credit Union
    **HODGES, DOUGHTY & CARSON, PLLC**
    P.O. Box 869
    Knoxville, Tennessee 37901-0869
    (865) 292-2307

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing **Notice of Appearance** has been served through the electronic case filing system (ECF) upon Brent S. Snyder, Counsel for Debtor(s) and Ann Mostoller, the Case Trustee.

This the 31st day of October 2022.

    *s/ Jason L. Rogers*
    Jason L. Rogers