SO ORDERED.
SIGNED this 12th day of January, 2023

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE



_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:   OBERHAUSER, DON ALYN, JR.
         AYALA-OBERHAUSER, RANDI LOUISE

         DEBTOR(S)          CASE NO. 3:22-bk-31573-SHB
                            CHAPTER 7

ORDER ALLOWING SALE OF PROPERTY

Upon Motion of the Trustee pursuant to 11 U.S.C. §363(f)(3) seeking authorization to sell the property located at 809 Oliver Road, Knoxville, Tennessee belonging to the estate,

IT IS ORDERED that Ann Mostoller, Trustee, is allowed to sell the property described above free and clear of all liens at the time and place set forth in the motion, with lien rights of creditors, if any, attaching to the proceeds.

IT IS FURTHER ORDERED that the Trustee may pay from the sale proceeds all costs of sale normally incurred, including proration of taxes, fee to title company for closing, real estate commission of six (6%) percent, as provided in application of

employment, one-half (½) to co-owner, Constance Sexton and homestead exemption to Debtor(s) of $52,500.00.

IT IS FURTHER ORDERED that the sale maybe concluded upon the entry of this Order and is not stayed until the expiration of fourteen (14) days after the entry of the Order.

###

APPROVED FOR ENTRY:

s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for Trustee
Mostoller, Stulberg, Whitfield, Allen & Tippett
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
bdavis@msw-law.com