UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
Knoxville DIVISION

In re:     Oberhauser, Don Alyn, Jr.          §     Case No. 3:22-31573-SHB
           Ayala-Oberhauser, Randi Louise     §
                                              §
Debtor(s)                                     §

# NOTICE OF TRUSTEE'S FINAL REPORT AND
# APPLICATION FOR COMPENSATION
# AND DEADLINE TO OBJECT (NFR)

> Notice is hereby given that:
>
> Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the Trustee's Final Report or the Applications for Compensation, you must file with the clerk of the court at Howard H. Baker, Jr., U.S. Courthouse, 800 Market Street, Suite 330, Knoxville, Tennessee, 37902, an objection within 21 days from the date of this Notice and serve a copy on Ann Mostoller, Trustee, Bankruptcy Trustee, 136 S. Illinois Ave., Ste 104, Oak Ridge, TN 37830. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the Trustee's Final Report and/or the Applications for Compensation and may grant the relief requested therein without further notice or hearing.
>
> <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Ann Mostoller</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Howard H. Baker US. Courthouse
  800 Market Street, Suite 330
  Knoxville, Tennessee 37902


Date Mailed: August 25, 2023   By: /s/ William T. Magill
                  Clerk of the Court


**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

In re: Oberhauser, Don Alyn, Jr. § Case No. 3:22-31573-SHB
   Ayala-Oberhauser, Randi Louise § 
                     §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  229,000.00 |
| *and approved disbursements of* | $  177,506.61 |
| *leaving a balance on hand of* [1] | $  51,493.39 |
| **Balance on hand:** | **$  51,493.39** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $  0.00 |
| Remaining balance: | $  51,493.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ann Mostoller | 6,749.99 | 0.00 | 6,749.99 |
| Attorney for Trustee, Fees - Ann Mostoller, Attorney for Trustee | 1,563.75 | 1,563.75 | 0.00 |
| Attorney for Trustee, Expenses - Ann Mostoller, Attorney for Trustee | 556.06 | 556.06 | 0.00 |
| Charges, U.S. Bankruptcy Court | 376.00 | 0.00 | 376.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $  7,125.99 |
| Remaining balance: | $  44,367.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 44,367.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 44,367.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,874.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Knoxville TVA Employees Credit Union | 336.80 | 0.00 | 336.80 |
| 2 | MERRICK BANK | 3,212.73 | 0.00 | 3,212.73 |
| 3 | CREDIT FIRST NA | 753.56 | 0.00 | 753.56 |
| 4 | Citibank, N.A. | 1,490.06 | 0.00 | 1,490.06 |
| 5 | Citibank, N.A. | 836.24 | 0.00 | 836.24 |
| 6 | Quantum3 Group LLC as agent for | 761.57 | 0.00 | 761.57 |
| 7 | Quantum3 Group LLC as agent for | 780.33 | 0.00 | 780.33 |
| 8 | Quantum3 Group LLC as agent for | 980.43 | 0.00 | 980.43 |
| 9 | Quantum3 Group LLC as agent for | 908.87 | 0.00 | 908.87 |
| 10 | Quantum3 Group LLC as agent for | 621.48 | 0.00 | 621.48 |

| | | | | |
|---|---|---|---|---|
| 11 | Capital One N.A. | 1,078.54 | 0.00 | 1,078.54 |
| 12 | Capital One N.A. | 584.34 | 0.00 | 584.34 |
| 13 | Capital One N.A. | 361.87 | 0.00 | 361.87 |
| 14 | Capital One N.A. | 1,093.22 | 0.00 | 1,093.22 |
| 15 | Resurgent Receivables, LLC | 765.45 | 0.00 | 765.45 |
| 16 | Resurgent Receivables, LLC | 1,133.93 | 0.00 | 1,133.93 |
| 17 | Ally Bank | 1,551.80 | 0.00 | 1,551.80 |
| 18 | Resurgent Receivables, LLC | 2,088.73 | 0.00 | 2,088.73 |
| 19 | First National Bank of Omaha | 432.60 | 0.00 | 432.60 |
| 20 | Stoneberry | 733.90 | 0.00 | 733.90 |
| 21 | The Swiss Colony | 1,673.47 | 0.00 | 1,673.47 |
| 22 | Resurgent Receivables, LLC | 1,568.04 | 0.00 | 1,568.04 |
| 23 | Quantum3 Group LLC as agent for | 1,668.02 | 0.00 | 1,668.02 |
| 24 | Quantum3 Group LLC as agent for | 1,468.14 | 0.00 | 1,468.14 |
| 25 | Quantum3 Group LLC as agent for | 1,427.72 | 0.00 | 1,427.72 |
| 26 | Quantum3 Group LLC as agent for | 2,714.54 | 0.00 | 2,714.54 |
| 27 | Quantum3 Group LLC as agent for | 983.63 | 0.00 | 983.63 |
| 28 | Quantum3 Group LLC as agent for | 1,337.58 | 0.00 | 1,337.58 |
| 29 | Premier Bankcard, LLC | 939.03 | 0.00 | 939.03 |
| 30 | Premier Bankcard, LLC | 1,505.37 | 0.00 | 1,505.37 |
| 31 | Premier Bankcard, LLC | 915.42 | 0.00 | 915.42 |
| 32 | Premier Bankcard, LLC | 1,325.69 | 0.00 | 1,325.69 |
| 33 | Quantum3 Group LLC as agent for | 962.48 | 0.00 | 962.48 |
| 34 | Synchrony Bank | 433.96 | 0.00 | 433.96 |
| 35 | Jefferson Capital Systems, LLC | 1,092.61 | 0.00 | 1,092.61 |
| 36 | Jefferson Capital Systems LLC | 527.13 | 0.00 | 527.13 |
| 37 | Jefferson Capital Systems LLC | 1,825.69 | 0.00 | 1,825.69 |

Total to be paid for timely general unsecured claims: $ 42,874.97
Remaining balance: $ 1,492.43

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 1,492.43

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1,492.43

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 4.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,492.43. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Ann Mostoller
             ———————————————————
                        Trustee

Ann Mostoller  
Bankruptcy Trustee  
136 S. Illinois Ave., Ste 104  
Oak Ridge, TN  37830  
(865) 482-4466

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**