# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | |
|---|---|
| In re: Oberhauser, Don Alyn, Jr. § | Case No. 3:22-31573-SHB |
| Ayala-Oberhauser, Randi Louise § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 17, 2022. The undersigned trustee was appointed on October 17, 2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $      229,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 18,119.43 |
| Bank service fees | 386.99 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 106,500.19 |
| Exemptions paid to the debtor | 52,500.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 51,493.39 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/13/2023 and the deadline for filing governmental claims was 06/11/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,749.99. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,749.99, for a total compensation of $6,749.99.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/24/2023     By: /s/Ann Mostoller
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:22-31573-SHB  
**Case Name:** Oberhauser, Don Alyn, Jr.  
               Ayala-Oberhauser, Randi Louise  
**Period Ending:** 08/24/23

**Trustee:** (620220) Ann Mostoller  
**Filed (f) or Converted (c):** 10/17/22 (f)  
**§341(a) Meeting Date:** 11/22/22  
**Claims Bar Date:** 03/13/23

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 809 Oliver Road, Knoxville, TN 37920 - jt owned<br>Imported from original petition Doc# 1 | 175,000.00 | 122,500.00 | | 229,000.00 | FA |
| 2 | 2020 Kia S portage, 7340 miles. Entire property<br>Imported from original petition Doc# 1 | 22,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2012 Ford Focus SEL, 125597 miles, fair conditio<br>Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Living room set, dining room, washer/dryer, refr<br>Imported from original petition Doc# 1 | 1,075.00 | 0.00 | | 0.00 | FA |
| 5 | Computer, stereo, TVs<br>Imported from original petition Doc# 1 | 390.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Rings<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Cat<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Citizens National Bank<br>Imported from original petition Doc# 1 | 16.73 | 0.00 | | 0.00 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$201,332.73** | **$122,500.00** | | **$229,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

2022-2023 - Employed MSWAT 11/10/22 to liquidate real property. Employed realtor Mark Lane to sell jointly owned property on Oliver Rd. - Order entered 11/17/22. Had a buyer in place and filed a motion to Sell - Order entered 1/12/23. Buyer could not get full financing and backed out of sale. Found another buyer and filed a 2nd Motion to Sell - Order entered 2/23/23. Collected net proceeds on 3/29/23. Paid debtor their exemption of $52,500 on 4/5/23. Filed Report of Sale 4/10/23. Bar date was 3/13/23 - Claims OK. Waited until government bar date had passed to file App for Attorney Compensation on 6/21/23. Will continue with the TFR after receive Order of Compensation.

**Initial Projected Date Of Final Report (TFR):** December 31, 2023      **Current Projected Date Of Final Report (TFR):** December 31, 2023

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 3:22-31573-SHB  
**Case Name:** Oberhauser, Don Alyn, Jr.  
Ayala-Oberhauser, Randi Louise  
**Taxpayer ID #:** **-***3959  
**Period Ending:** 08/24/23

**Trustee:** Ann Mostoller (620220)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******6011 - Checking Account  
**Blanket Bond:** $1,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/23 | | Admiral Title | 1/2 net proceeds - Order 2/23/23 | | 106,500.19 | | 106,500.19 |
| | {1} | | sales price   229,000.00 | 1110-000 | | | 106,500.19 |
| | | | City taxes pro rata   -199.10 | 2820-000 | | | 106,500.19 |
| | | | County taxes pro rata   -143.49 | 2820-000 | | | 106,500.19 |
| | | | title company closing fees   -437.00 | 2500-000 | | | 106,500.19 |
| | | | realtor commission   -13,740.00 | 3510-000 | | | 106,500.19 |
| | | | paid to joint owner 1/2 interest   -106,500.19 | 8500-002 | | | 106,500.19 |
| | | | Knox County 2022 taxes   -618.14 | 2820-000 | | | 106,500.19 |
| | | | Knox City 2022 taxes   -861.89 | 2820-000 | | | 106,500.19 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.37 | 106,488.82 |
| 04/05/23 | 101 | Don A. Oberhauser, Jr. and Randi L. Ayala-Oberhauser | homestead exemption to debtors | 8100-002 | | 52,500.00 | 53,988.82 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 111.61 | 53,877.21 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 94.98 | 53,782.23 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 86.19 | 53,696.04 |
| 07/24/23 | 102 | Ann Mostoller, Attorney for Trustee | Attorney for Trustee - fees & expenses | | | 2,119.81 | 51,576.23 |
| | | | fees   1,563.75 | 3110-000 | | | 51,576.23 |
| | | | expenses   556.06 | 3120-000 | | | 51,576.23 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 82.84 | 51,493.39 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 106,500.19 | 55,006.80 | $51,493.39 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 106,500.19 | 55,006.80 | |
| Less: Payments to Debtors | | | 52,500.00 | |
| **NET Receipts / Disbursements** | | $106,500.19 | $2,506.80 | |

| | | |
|---|---|---|
| Net Receipts : | 106,500.19 | |
| Plus Gross Adjustments : | 122,499.81 | |
| Less Payments to Debtor : | 52,500.00 | |
| Less Other Noncompensable Items : | 106,500.19 | |
| Net Estate : | $69,999.81 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6011 | 106,500.19 | 2,506.80 | 51,493.39 |
| | $106,500.19 | $2,506.80 | $51,493.39 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 13, 2023

**Case Number:** 3:22-31573-SHB  
**Debtor Name:** Oberhauser, Don Alyn, Jr.

Page: 1

**Date:** August 24, 2023  
**Time:** 10:46:57 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | Clerk US Bankruptcy Court Clerk<br>Baker Jr. U.S. Courthouse<br>800 Market Street , Suite 330<br>Knoxville, TN 37902 | Admin Ch. 7 | for 2 Motions to Sell Free & Clear | $376.00 | $0.00 | 376.00 |
| ADMIN2 200 | Ann Mostoller<br>Bankruptcy Trustee<br>136 S. Illinois Ave., Ste 104<br>Oak Ridge, TN 37830 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 69999.81] | $6,749.99 | $0.00 | 6,749.99 |
| ADMIN3 200 | Ann Mostoller, Attorney for Trustee<br>Mostoller Stulberg Whitfield & Allen<br>136 S. Illinois Ave., S-104<br>Oak Ridge, TN 37830 | Admin Ch. 7 | | $1,563.75 | $1,563.75 | 0.00 |
| ADMIN4 200 | Ann Mostoller, Attorney for Trustee<br>Mostoller Stulberg Whitfield & Allen<br>136 S. Illinois Ave., S-104<br>Oak Ridge, TN 37830 | Admin Ch. 7 | | $556.06 | $556.06 | 0.00 |
| 1S 100 | Knoxville TVA Employees Credit Union<br>Attn: Bankruptcy Dept.<br>P. O. Box 36027<br>Knoxville, TN 37930-0000 | Secured | 9548 | $0.00 | $0.00 | 0.00 |
| 1U 610 | Knoxville TVA Employees Credit Union<br>Attn: Bankruptcy Dept.<br>P. O. Box 36027<br>Knoxville, TN 37930-0000 | Unsecured | 9548 | $336.80 | $0.00 | 336.80 |
| 2 610 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | 1361 | $3,212.73 | $0.00 | 3,212.73 |
| 3 610 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181 | Unsecured | 1710 | $753.56 | $0.00 | 753.56 |
| 4 610 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Unsecured | 5219 | $1,490.06 | $0.00 | 1,490.06 |
| 5 610 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Unsecured | 490 | $836.24 | $0.00 | 836.24 |
| 6 610 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 1590 | $761.57 | $0.00 | 761.57 |
| 7 610 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 0509 | $780.33 | $0.00 | 780.33 |

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**  **Claims Bar Date:** March 13, 2023

| | | | |
|---|---|---|---|
| **Case Number:** 3:22-31573-SHB | Page: 2 | **Date:** August 24, 2023 | |
| **Debtor Name:** Oberhauser, Don Alyn, Jr. | | **Time:** 10:46:57 AM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8<br>610 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 8011 | $980.43 | $0.00 | 980.43 |
| 9<br>610 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 1682 | $908.87 | $0.00 | 908.87 |
| 10<br>610 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 8472 | $621.48 | $0.00 | 621.48 |
| 11<br>610 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | various | $1,078.54 | $0.00 | 1,078.54 |
| 12<br>610 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | various | $584.34 | $0.00 | 584.34 |
| 13<br>610 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | 0719 | $361.87 | $0.00 | 361.87 |
| 14<br>610 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | 0719 | $1,093.22 | $0.00 | 1,093.22 |
| 15<br>610 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 4991 | $765.45 | $0.00 | 765.45 |
| 16<br>610 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 3139 | $1,133.93 | $0.00 | 1,133.93 |
| 17<br>610 | Ally Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | 6497 | $1,551.80 | $0.00 | 1,551.80 |
| 18<br>610 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 0882 | $2,088.73 | $0.00 | 2,088.73 |
| 19<br>610 | First National Bank of Omaha<br>1620 Dodge St Stop Code 3113<br>Omaha, NE 68197 | Unsecured | 9376 | $432.60 | $0.00 | 432.60 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 13, 2023

**Case Number:** 3:22-31573-SHB  
**Debtor Name:** Oberhauser, Don Alyn, Jr.

Page: 3

**Date:** August 24, 2023  
**Time:** 10:46:57 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 20 / 610 | Stoneberry<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured | 09c2 | $733.90 | $0.00 | 733.90 |
| 21 / 610 | The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured | 484A | $1,673.47 | $0.00 | 1,673.47 |
| 22 / 610 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 4991 | $1,568.04 | $0.00 | 1,568.04 |
| 23 / 610 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 6938 | $1,668.02 | $0.00 | 1,668.02 |
| 24 / 610 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 6760 | $1,468.14 | $0.00 | 1,468.14 |
| 25 / 610 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 6752 | $1,427.72 | $0.00 | 1,427.72 |
| 26 / 610 | Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 1976 | $2,714.54 | $0.00 | 2,714.54 |
| 27 / 610 | Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 6491 | $983.63 | $0.00 | 983.63 |
| 28 / 610 | Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 1780 | $1,337.58 | $0.00 | 1,337.58 |
| 29 / 610 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Unsecured | 9725 | $939.03 | $0.00 | 939.03 |
| 30 / 610 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Unsecured | 8550 | $1,505.37 | $0.00 | 1,505.37 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 13, 2023

**Case Number:** 3:22-31573-SHB  
**Debtor Name:** Oberhauser, Don Alyn, Jr.

Page: 4

**Date:** August 24, 2023  
**Time:** 10:46:57 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 31 610 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Unsecured | 1016 | $915.42 | $0.00 | 915.42 |
| 32 610 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Unsecured | 8550 | $1,325.69 | $0.00 | 1,325.69 |
| 33 610 | Quantum3 Group LLC as agent for<br>Mercury Financial/First Bank & Trust<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 7914 | $962.48 | $0.00 | 962.48 |
| 34 610 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | 5678 | $433.96 | $0.00 | 433.96 |
| 35 610 | Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | Unsecured | various | $1,092.61 | $0.00 | 1,092.61 |
| 36 610 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Unsecured | 9753 | $527.13 | $0.00 | 527.13 |
| 37 610 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Unsecured | 8199 | $1,825.69 | $0.00 | 1,825.69 |
| NOTFILED 610 | Blaze<br>PO Box 2534<br>Omaha, NE 68103 | Unsecured | 0596 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Blaze<br>PO Box 2534<br>Omaha, NE 68103 | Unsecured | 2992 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Khol's<br>PO Box 60043<br>City of Industry, CA 91716 | Unsecured | 7802 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Kohl's<br>PO Box 60043<br>City of Industry, CA 91716 | Unsecured | 5402 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | One Main<br>PO Box 981037<br>Ste 110<br>Boston, MA 02298 | Unsecured | 4740 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Regional Finance<br>7118 Maynardville Hwy<br>Knoxville, TN 37918 | Unsecured | 5422 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 13, 2023

**Case Number:** 3:22-31573-SHB  
**Debtor Name:** Oberhauser, Don Alyn, Jr.

Page: 5

**Date:** August 24, 2023  
**Time:** 10:46:57 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2I 640 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | 1361 | $131.85 | $0.00 | 131.85 |
| 3I 640 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181 | Unsecured | 1710 | $30.93 | $0.00 | 30.93 |
| 4I 640 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Unsecured | 5219 | $61.15 | $0.00 | 61.15 |
| 5I 640 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Unsecured | 490 | $34.32 | $0.00 | 34.32 |
| 6I 640 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 1590 | $31.25 | $0.00 | 31.25 |
| 7I 640 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 0509 | $32.02 | $0.00 | 32.02 |
| 8I 640 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 8011 | $40.24 | $0.00 | 40.24 |
| 9I 640 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 1682 | $37.30 | $0.00 | 37.30 |
| 10I 640 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 8472 | $25.51 | $0.00 | 25.51 |
| 11I 640 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | various | $44.26 | $0.00 | 44.26 |
| 12I 640 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | various | $23.98 | $0.00 | 23.98 |
| 13I 640 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | 0719 | $14.85 | $0.00 | 14.85 |
| 14I 640 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | 0719 | $44.87 | $0.00 | 44.87 |

# EXHIBIT C
# ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 13, 2023

**Case Number:** 3:22-31573-SHB  
**Debtor Name:** Oberhauser, Don Alyn, Jr.

Page: 6

**Date:** August 24, 2023  
**Time:** 10:46:57 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15I 640 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 4991 | $31.41 | $0.00 | 31.41 |
| 16I 640 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 3139 | $46.54 | $0.00 | 46.54 |
| 17I 640 | Ally Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | 6497 | $63.69 | $0.00 | 63.69 |
| 18I 640 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 0882 | $85.72 | $0.00 | 85.72 |
| 19I 640 | First National Bank of Omaha<br>1620 Dodge St Stop Code 3113<br>Omaha, NE 68197 | Unsecured | 9376 | $17.75 | $0.00 | 17.75 |
| 1UI 640 | Knoxville TVA Employees Credit Union<br>Attn: Bankruptcy Dept.<br>P. O. Box 36027<br>Knoxville, TN 37930-0000 | Unsecured | 9548 | $13.82 | $0.00 | 13.82 |
| 20I 640 | Stoneberry<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured | 09c2 | $30.12 | $0.00 | 30.12 |
| 21I 640 | The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured | 484A | $68.68 | $0.00 | 68.68 |
| 22I 640 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 4991 | $64.35 | $0.00 | 64.35 |
| 23I 640 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 6938 | $68.46 | $0.00 | 68.46 |
| 24I 640 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 6760 | $60.25 | $0.00 | 60.25 |
| 25I 640 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 6752 | $58.59 | $0.00 | 58.59 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 13, 2023

**Case Number:** 3:22-31573-SHB  
**Debtor Name:** Oberhauser, Don Alyn, Jr.

Page: 7

**Date:** August 24, 2023  
**Time:** 10:46:57 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 26I 640 | Quantum3 Group LLC as agent for MOMA Trust LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured | 1976 | $111.40 | $0.00 | 111.40 |
| 27I 640 | Quantum3 Group LLC as agent for MOMA Trust LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured | 6491 | $40.37 | $0.00 | 40.37 |
| 28I 640 | Quantum3 Group LLC as agent for MOMA Trust LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured | 1780 | $54.89 | $0.00 | 54.89 |
| 29I 640 | Premier Bankcard, LLC Jefferson Capital Systems LLC Assignee Po Box 7999 Saint Cloud, MN 56302-9617 | Unsecured | 9725 | $38.54 | $0.00 | 38.54 |
| 30I 640 | Premier Bankcard, LLC Jefferson Capital Systems LLC Assignee Po Box 7999 Saint Cloud, MN 56302-9617 | Unsecured | 8550 | $61.78 | $0.00 | 61.78 |
| 31I 640 | Premier Bankcard, LLC Jefferson Capital Systems LLC Assignee Po Box 7999 Saint Cloud, MN 56302-9617 | Unsecured | 1016 | $37.57 | $0.00 | 37.57 |
| 32I 640 | Premier Bankcard, LLC Jefferson Capital Systems LLC Assignee Po Box 7999 Saint Cloud, MN 56302-9617 | Unsecured | 8550 | $54.41 | $0.00 | 54.41 |
| 33I 640 | Quantum3 Group LLC as agent for Mercury Financial/First Bank & Trust PO Box 788 Kirkland, WA 98083-0788 | Unsecured | 7914 | $39.50 | $0.00 | 39.50 |
| 34I 640 | Synchrony Bank by AIS InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Unsecured | 5678 | $17.81 | $0.00 | 17.81 |
| 35I 640 | Jefferson Capital Systems, LLC PO Box 7999 St. Cloud, MN 56302-9617 | Unsecured | various | $44.84 | $0.00 | 44.84 |
| 36I 640 | Jefferson Capital Systems LLC Po Box 7999 Saint Cloud, MN 56302-9617 | Unsecured | 9753 | $21.63 | $0.00 | 21.63 |
| 37I 640 | Jefferson Capital Systems LLC Po Box 7999 Saint Cloud, MN 56302-9617 | Unsecured | 8199 | $74.93 | $0.00 | 74.93 |
| << Totals >> | | | | 53,880.35 | 2,119.81 | 51,760.54 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 3:22-31573-SHB
Case Name: Oberhauser, Don Alyn, Jr.
Trustee Name: Ann Mostoller

**Balance on hand:** $ 51,493.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 51,493.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ann Mostoller | 6,749.99 | 0.00 | 6,749.99 |
| Attorney for Trustee, Fees - Ann Mostoller, Attorney for Trustee | 1,563.75 | 1,563.75 | 0.00 |
| Attorney for Trustee, Expenses - Ann Mostoller, Attorney for Trustee | 556.06 | 556.06 | 0.00 |
| Charges, U.S. Bankruptcy Court | 376.00 | 0.00 | 376.00 |

Total to be paid for chapter 7 administration expenses: $ 7,125.99
Remaining balance: $ 44,367.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 44,367.40

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 44,367.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,874.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Knoxville TVA Employees Credit Union | 336.80 | 0.00 | 336.80 |
| 2 | MERRICK BANK | 3,212.73 | 0.00 | 3,212.73 |
| 3 | CREDIT FIRST NA | 753.56 | 0.00 | 753.56 |
| 4 | Citibank, N.A. | 1,490.06 | 0.00 | 1,490.06 |
| 5 | Citibank, N.A. | 836.24 | 0.00 | 836.24 |
| 6 | Quantum3 Group LLC as agent for | 761.57 | 0.00 | 761.57 |
| 7 | Quantum3 Group LLC as agent for | 780.33 | 0.00 | 780.33 |
| 8 | Quantum3 Group LLC as agent for | 980.43 | 0.00 | 980.43 |
| 9 | Quantum3 Group LLC as agent for | 908.87 | 0.00 | 908.87 |
| 10 | Quantum3 Group LLC as agent for | 621.48 | 0.00 | 621.48 |
| 11 | Capital One N.A. | 1,078.54 | 0.00 | 1,078.54 |
| 12 | Capital One N.A. | 584.34 | 0.00 | 584.34 |
| 13 | Capital One N.A. | 361.87 | 0.00 | 361.87 |
| 14 | Capital One N.A. | 1,093.22 | 0.00 | 1,093.22 |
| 15 | Resurgent Receivables, LLC | 765.45 | 0.00 | 765.45 |
| 16 | Resurgent Receivables, LLC | 1,133.93 | 0.00 | 1,133.93 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 17 | Ally Bank | 1,551.80 | 0.00 | 1,551.80 |
| 18 | Resurgent Receivables, LLC | 2,088.73 | 0.00 | 2,088.73 |
| 19 | First National Bank of Omaha | 432.60 | 0.00 | 432.60 |
| 20 | Stoneberry | 733.90 | 0.00 | 733.90 |
| 21 | The Swiss Colony | 1,673.47 | 0.00 | 1,673.47 |
| 22 | Resurgent Receivables, LLC | 1,568.04 | 0.00 | 1,568.04 |
| 23 | Quantum3 Group LLC as agent for | 1,668.02 | 0.00 | 1,668.02 |
| 24 | Quantum3 Group LLC as agent for | 1,468.14 | 0.00 | 1,468.14 |
| 25 | Quantum3 Group LLC as agent for | 1,427.72 | 0.00 | 1,427.72 |
| 26 | Quantum3 Group LLC as agent for | 2,714.54 | 0.00 | 2,714.54 |
| 27 | Quantum3 Group LLC as agent for | 983.63 | 0.00 | 983.63 |
| 28 | Quantum3 Group LLC as agent for | 1,337.58 | 0.00 | 1,337.58 |
| 29 | Premier Bankcard, LLC | 939.03 | 0.00 | 939.03 |
| 30 | Premier Bankcard, LLC | 1,505.37 | 0.00 | 1,505.37 |
| 31 | Premier Bankcard, LLC | 915.42 | 0.00 | 915.42 |
| 32 | Premier Bankcard, LLC | 1,325.69 | 0.00 | 1,325.69 |
| 33 | Quantum3 Group LLC as agent for | 962.48 | 0.00 | 962.48 |
| 34 | Synchrony Bank | 433.96 | 0.00 | 433.96 |
| 35 | Jefferson Capital Systems, LLC | 1,092.61 | 0.00 | 1,092.61 |
| 36 | Jefferson Capital Systems LLC | 527.13 | 0.00 | 527.13 |
| 37 | Jefferson Capital Systems LLC | 1,825.69 | 0.00 | 1,825.69 |

Total to be paid for timely general unsecured claims: $ 42,874.97
Remaining balance: $ 1,492.43

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 1,492.43 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 1,492.43 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 4.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,492.43. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

**UST Form 101-7-TFR (05/1/2011)**